```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
```

| | | |
|---|---|---|
| ELEIWA & SONS, INC., | * | |
| d/b/a BEAUTY SECRET, | * | |
| a/k/a BEAUTY SUPPLY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 2:09-CV-02086-shm-DKV |
| | * | JURY DEMANDED |
| | * | |
| PEERLESS INDEMNITY | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SETTLEMENT

COMES NOW the Defendant Peerless Indemnity Insurance Company, by and through its attorney of record and with the consent of the attorney for the Plaintiffs, and notifies the Court that all the claims of the Plaintiffs in this matter have been compromised and settled.  A Consent Order of Dismissal with Prejudice will be entered upon approval by all parties of same.

Respectfully submitted,


BURCH, PORTER & JOHNSON
A Professional Limited Liability Company


BY: s/ John R. McCann
    John R. McCann MS #22914
    130 North Court Avenue
    Memphis, Tennessee  38103
    T: (901) 524-5101
    F: (901) 524-5024

Counsel for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that I have forwarded a copy of the foregoing to Kevin Snider, Esq., Corporate Gardens, 9056 Stone Walk Place, Germantown, Tennessee 38138, via this Court's electronic filing system this 31st day of March, 2009.

                                      s/ John R. McCann
                                      John R. McCann