IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

ELEIWA & SONS, INC., d/b/a
BEAUTY SECRET, a/k/a
BEAUTY SUPPLY,

      Plaintiff,

Vs.                                       NO. 2:09-cv-02086-SHM-dkv
                                       JURY DEMANDED

PEERLESS INDEMNITY INSURANCE
COMPANY, d/b/a MONTGOMERY
INSURANCE COMPANY, d/b/a INDIANA
INSURANCE COMPANY,

      Defendant.

---

### ORDER OF DISMISSAL
---

      IT APPEARING TO THE COURT that the matters and things in controversy have been amicably compromised and settled and that the case should be dismissed on the merits with prejudice;

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims brought by the Plaintiff, Eleiwa & Sons, Inc., d/b/a Beauty Secret a/k/a K&F Beauty Supply, are hereby, dismissed with prejudice. Each party is to pay their own costs and attorneys' fees.

                                        *s/ Samuel H. Mays, Jr.*                  .
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

                                        Date: *April 29, 2009*                    .

APPROVED:


/s/ Kevin Snider
Kevin Snider
Corporate Gardens
9056 Stone Walk Place
Germantown, Tennessee 38138
T: (901) 751-3777
F: (901) 759-0041
Attorney for the Plaintiff



/s/ Melissa A. Maravich
Melissa A. Maravich
Burch, Porter & Johnson, PLLC
130 North Court
Memphis, TN 38103
(901) 524-5000
Attorney for the Defendant