UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELEIWA & SONS, INC., d/b/a
BEAUTY SECRET, a/k/a
BEAUTY SUPPLY,

    Plaintiff,

VS.                               NO. 09-2086-Ma

PEERLESS INDEMNITY INSURANCE
COMPANY, d/b/a MONTGOMERY
INSURANCE COMPANY, d/b/a
INDIANA INSURANCE COMPANY,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed April 29, 2009.  Each party shall pay their own costs and attorneys' fees.

## APPROVED:

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| April 29, 2009 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |